UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WENDY NIETO, on behalf of herself and other persons similarly situated | CIVIL ACTION |
| VERSUS | NO. 16-5352 |
| PIZZATI ENTERPRISES, INC., et al. | SECTION: "G" (2) |

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

NEW ORLEANS, LOUISIANA, this 24th day of April, 2018.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

---

[1] *See* letter from Emily Westermeier to Judge Brown (April 24, 2018).

# BEAUMONT COSTALES LLC

3801 Canal Street Suite 207 | New Orleans, Louisiana 70119 | 504.534.5005

3151 W. 26th Street, 2nd Floor | Chicago, Illinois 60623 | 773.831.8000

April 24, 2018

**VIA EMAIL ONLY**
Honorable Nannette Jolivette Brown
efile-brown@laed.uscourts.gov

      **RE:**    *Nieto v. Pizzati Enterprises Inc. et al*
               U.S. District Court for the Eastern District of Louisiana
               Case No. 16-cv-5352

Dear Judge Brown,

      The parties have resolved their dispute. We respectfully request that the Court enter a 60-day order while the parties finalize settlement documents.

                                                        Respectfully Submitted,

                                                         *Emily A. Westermeier, Esq.*

CC:  Scott D. Huffstetler, Esq.
       Daniel A. Meyer, Esq.
       Roberto Luis Costales, Esq.
       William H. Beaumont, Esq.